IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENNIS DEWAYNE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 04-BE-2434-E |
| ) | |
| CITY OF HEFLIN, and ) | |
| CLEBURNE COUNTY, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 22, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). A copy of the report and recommendation was served upon plaintiff at Cleburne County Jail, the address provided by him, and in which plaintiff was afforded an opportunity to file objections to the report and recommendation within fifteen (15) days of the entry date of said report.

On November 29, 2004, the envelope containing the report and recommendation was returned by the Postal Service as undeliverable. Handwritten on the return envelope is the notation, "Return to Sender - No Longer in Jail." The following notice appears on the original complaint completed and filed by plaintiff:

> **NOTICE TO FILING PARTY**
> It is your responsibility to notify the Clerk in writing of any address change. Failure to notify the Clerk may result in dismissal of your case without further notice.

Plaintiff has failed to notify the Clerk of any change in his address, and no objections to the report and recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

An appropriate order will be entered.

DATED this 16th day of December, 2004.

/s/ Karon O. Bowdre
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE